UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HENRY TUCKER, *On Behalf Of Himself And All Other Persons Similarly Situated*,

                  Plaintiff,

              -v-

KLIPSCH GROUP, INC.,

                  Defendant.
------------------------------------------------------------------------X

25-CV-488 (JMF)

<u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

      Plaintiffs alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge